■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN BROWN, Appellant. [841 NYS2d 474]— Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (DeRosa, J.), imposed June 14, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.